UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| REHABCARE GROUP EAST, INC. d/b/a | ) | |
| REHABCARE GROUP THERAPY SERVICES, INC | ) | |
| | ) | |
| PLAINTIFF | ) | CASE NO. 11-cv-06557 |
| | ) | |
| v. | ) | JUDGE: AMY J. ST. EVE |
| | ) | |
| CAMELOT TERRACE, INC. d/b/a | ) | |
| CAMELOT TERRACE, *et al.* | ) | |
| | ) | |
| DEFENDANTS | ) | |

## AGREED JUDGMENT

Defendant, Regal Health and Rehab Center, Inc. d/b/a Regal Health and Rehab Center ("Regal") consents to entry of Judgment in favor of Plaintiff, RehabCare Group East, Inc. d/b/a RehabCare Group Therapy Services, Inc. ("RehabCare"), in the amount of $246,678.93, plus post-judgment interest and attorneys' fees.

IT IS HEREBY ORDERED & ADJUDGED that RehabCare shall have Judgment against Regal in the amount of $246,678.93, plus post-judgment interest.

THIS IS A FINAL AND APPEALABLE JUDGMENT, THERE BEING NO JUST CAUSE FOR DELAY IN ITS ENTRY.

_____
JUDGE AMY J. ST. EVE
UNITED STATES DISTRICT COURT

Dated:  December 17, 2012

Have seen and agree:

_____/s/ Jeffrey K. Gutman_____

David T. Ballard
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
david.ballard@btlaw.com

Jeffrey K. Gutman
GUTMAN & ASSOCIATES LLC
4018 North Lincoln Ave.
Chicago, Illinois
Telephone: (773) 472-4500
jkg4018@gmail.com

*Counsel for Defendants*

-and-

_____/s/ Phillip A. Martin_____

Phillip A. Martin
FULTZ MADDOX HOVIOUS & DICKENS PLC
101 S. Fifth Street, Ste. 2700
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
pmartin@fmhd.com

*Counsel for Plaintiff*

**Regal Health and Rehab Center, Inc. d/b/a
Regal Health and Rehab Center**

By: _____/s/ Michael Lerner_ (original on file)_____

Title: President

Date: November 28, 2012

{00553636}